UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARSAC INC,

    Plaintiff,

v.

HARTFORD CASUALTY INS. CO.,

    Defendant.
_____/

No. C-11-03406 DMR

**ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for October 19, 2011 has been CONTINUED to **October 27, 2011 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than October 20, 2011. All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly [Docket No. 3].

IT IS SO ORDERED.

Dated: September 22, 2011

_____
DONNA M. RYU
United States Magistrate Judge